■■■ COMVEST CONSULTING, INC., Respondent, v W.R.S.B. DEVELOPMENT COMPANY, L. L. C., Appellant. (Appeal No. 2.) [698 NYS2d 199] —Order unanimously affirmed without costs. Same Memorandum as in *Comvest Consulting v W.R.S.B. Dev. Co.* (266 AD2d 890 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Vacate Order.) Present—Denman, P. J., Green, Scudder, Callahan and Balio, JJ. (Filed Nov. 12, 1999.)